UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL K. DORKOSKI, | : | |
| | : | |
| Plaintiff | : | No. 3:14-CV-1198 |
| | : | |
| vs. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Comissioner of Social Security, | : | |
| | : | |
| Defendant | : | |

## ORDER

**NOW, THIS 16ᵀᴴ DAY OF JULY, 2015,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **DENIED**;

2. The decision of the Commissioner of Social Security denying Michael K. Dorkoski disability insurance benefits and supplemental security income is **AFFIRMED**; and

3. The Clerk of Court shall **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**